# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

A True Copy, Attest
BRIAN MEZICK
CONNECTICUT STATE MARSHAL
NEW HAVEN COUNTY

Susan Dapkus )
_____ )
Plaintiff )
v. ) Civil Action No. 3:19-cv-01583
)
Arthur J. Gallagher Service Company, LLC )
_____ )
Defendant )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Kate McGetrick, LMFT c/o Rise Therapy & Wellness, LLC
786 Boston Post Road, Suite 301, Madison, CT 06443

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
Rise Therapy phone records for June 2018 - July 2018, including the cell phone utilized by Kate McGetrick for Rise Therapy business, evidencing calls received from or dailed-out to 860-349-8846 and/or 203-909-3240.

| Place: Ogletree Deakins Nash Smoak & Stewart PC<br>288 Tresser Blvd., Suite 602<br>Stamford, CT 06901 | Date and Time:<br>November 18, 2020 at 10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: November 13, 2020

CLERK OF COURT

OR

_____     /s/ Nicole Mule
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Arthur J. Gallagher Service Company, LLC
_____, who issues or requests this subpoena, are:
Nicole S. Mule, c/o Ogletree Deakins, et al., 281 Tresser Blvd., Ste. 602, Stamford, CT 06901 203.969.3100
Nicole.mule@ogletree.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN DAPKUS | : | CIVIL ACTION NO. |
| | : | 3:19-cv-01583 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ARTHUR J. GALLAGHER SERVICE | : | |
| COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | November 13, 2020 |

### NOTICE OF DEFENDANT'S DEPOSITION OF KATE McGETRICK

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, Arthur J. Gallagher Service Company, LLC ("Defendant"), through its undersigned counsel, will take the deposition of Kate McGetrick, before a duly authorized court reporter, on **November 18, 2020 at 10:00 a.m.** On the date and time previously indicated, the deposition can be accessed remotely through a link which will contain a Meeting ID and Password that the Court Reporter will circulate prior to the deposition. The deposition will be recorded by stenographic means and will continue until completed. You are invited to attend and cross-examine.

DEFENDANT,
ARTHUR J. GALLAGHER SERVICE

/s/ Nicole S. Mulé
John G. Stretton (CT19902)
john.stretton@ogletreedeakins.com
Nicole S. Mulé (CT30624)
nicole.mule@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
281 Tresser Blvd., Suite 602
Stamford, CT 06901
Telephone: 203-969-3100
Facsimile: 203-969-3150

A True Copy, Attest
BRIAN MEZICK
CONNECTICUT STATE MARSHAL
NEW HAVEN COUNTY

Scanned with CamScanner

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, a true and correct copy of the foregoing was sent by email to:

James V. Sabatini
Sabatini & Associates
One Market Square
Newington, CT 06111
Phone: 860-667-0839
Fax: 860-667-0867
Email: jsabatini@sabatinilaw.com

/s/ Nicole S. Mulé
Nicole S. Mulé

Scanned with CamScanner